In the United States District Court
Northern District of Texas
Fort Worth Division

| | | |
|---|---|---|
| United States of America | § | |
| | § | |
| v. | § | Case No. 4:13-CR-222-O (06) |
| | § | |
| Charlsa Suzanne Little | § | |

## Waiver of Reduction of Sentence
## Under 18 U.S.C. § 3582(c)

Charlsa Suzanne Little agrees to waive her right to seek a reduced sentence, pursuant to 18 U.S.C. § 3582(c), based on the now-proposed amendment to the U.S. Sentencing Commission's Guidelines Manual that would lower the base offense levels associated with various drug quantities by two levels. The amendment will become effective on 1 November 2014 absent action by Congress to the contrary. Regardless of the state or status of the amendment— proposed, effective, or retroactive—Little agrees not to seek a section 3582(c) reduction of sentence based on the amendment if the Court grants a two-level reduction based on the amendment.

The government doesn't oppose a two-level downward variance from Little's total offense level in exchange for this waiver. Little's current total offense level is 33. If Little executes this waiver, the government does not and will not object to the total offense level being reduced to 31.

Agreed to and signed this the 10 day of April 2014.

_____  
Charlsa Suzanne Little  
Defendant

_____  
Peter Smythe  
Attorney for Defendant

Sarah R. Saldana  
United States Attorney

_____  
Shawn Smith  
Assistant United States Attorney  
Texas State Bar No. 24053206  
801 Cherry Street  
Suite 1700  
Fort Worth, Texas 76012

**Certification**

I have read (or had read to me) this waiver and have carefully reviewed every part of it with my attorney. I fully understand it and voluntarily agree to it.

_____       04-10-14  
Charlsa Suzanne Little                                Date

I am the defendant's lawyer. I have reviewed this waiver with my client. My client's decision to enter into this waiver is an informed and voluntary one, to the best of my knowledge and belief.

_____       15 April 2014  
Peter Smythe                                          Dated

2